IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JEWEL GRIFFIN**                                                                                    **PLAINTIFF**

vs.                                                        CIVIL ACTION NO.: 3:22-CV-236-HTW-LGI

**STATE OF MISSISSIPPI**                                                                  **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 7]** issued by Magistrate Judge Lakeysha Greer Isaac.  In her Report and Recommendation, filed on September 30, 2022,  Magistrate Judge Isaac recommended that Plaintiff Jewel Griffin's Complaint be dismissed, without prejudice, for failure to state a claim upon which relief may be granted.  Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days.   The plaintiff has failed file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 7]**, this court finds it well-taken.  Magistrate Judge Isaac carefully examined plaintiff's lawsuit, granted plaintiff sufficient time to respond to Defendants' Motion to Dismiss, and crafted a well-versed Report and Recommendation.  Therefore, this court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE**. Plaintiff may re-file her Complaint, if she so chooses, with the appropriate claims.

**SO ORDERED** this the 18th day of January, 2023.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**

1